```
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
LAW OFFICES OF CHRISTINE G. MOORE
SALARIED EMPLOYEES OF UNITED SERVICES AUTOMOBILE ASSOCIATION
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
Direct Line: (702) 260-4967
Office: (702) 530-3910
Fax: (844) 535-6798
Kelly.Smith2@usaa.com
Attorney for Defendant,
Eric C. Schwartz
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTEEN GEORGEOS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ERIC C. SCHWARTZ, an individual; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants | CASE NO.: 2:24-cv-01303-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 14] |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their own costs.

Dated this 11th day of October 2024.      Dated this 14th day of October 2024.

**ATKINSON WATKINS & HOFFMANN, LLP**      **LAW OFFICES OF CHRISTINE G. MOORE**

/s/ *Matthew W. Hoffmann*      /s/ *Kelly Marie Smith*

_____      _____
MATTHEW W. HOFFMANN, ESQ.      KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9061      Nevada Bar No. 9192
10789 W. Twain Ave., Suite 100      2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89135      Las Vegas, NV 89102
Tel: (702) 562-6000      Direct Line: (702) 260-4967
mhoffmann@awhlawyers.com      Kelly.Smith2@usaa.com
*Counsel for Plaintiff*      *Counsel for Defendant*

1

*Georgeos v. Schwartz*
2:24-cv-01303-JAD-DJA

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
United States District Judge

DATED: October 15, 2024

SUBMITTED BY:

LAW OFFICES OF CHRISTINE G. MOORE

/s/ Kelly Marie Smith
_____
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
Direct Line: (702) 260-4967
Kelly.Smith2@usaa.com
*Counsel for Defendant*

| | |
|---|---|
| **From:** | Tyler Dufrene |
| **To:** | Signoretti, Benjamin |
| **Subject:** | EXTERNAL: Re: Geogeos v. Schwartz- Settlement Check |
| **Date:** | Friday, October 11, 2024 11:27:33 AM |
| **Attachments:** | image001.png |
| | Outlook-A close-up.png |

**This Message Is From an External Sender**
Use added caution when reviewing emails from external sources. For a list of red flags and more information about this message, please visit go/security/.

Good morning,

You may apply Mr. Hoffmann's e-signature to the SAO.

Tyler Dufrene
*Paralegal*



**DBA of Atkinson Watkins & Hoffmann LLP**

10789 W. Twain Avenue, Ste. 100

Las Vegas, NV 89135

O: (702) 562-6000

F: (702) 562-6066

www.battleborninjurylawyers.com

---

**From:** Signoretti, Benjamin <Benjamin.Signoretti@usaa.com>
**Sent:** Thursday, October 10, 2024 7:56 AM
**To:** Tyler Dufrene <Tyler@awhlawyers.com>; Matthew Hoffmann <mhoffmann@awhlawyers.com>
**Cc:** Smith, Kelly <Kelly.Smith2@usaa.com>
**Subject:** RE: Geogeos v. Schwartz- Settlement Check

Hi Tyler,

Your runner picked up the check yesterday morning.  Please return the proposed Stipulation and Order for Dismissal and we will submit to the Court.

Thank you,

**Ben Signoretti | Legal Assistant II | Las Vegas Staff Counsel**
Litigation Group, Chief Legal Office, USAA
Law Offices Of Christine G. Moore
2300 West Sahara Avenue – Suite 800
Las Vegas, NV 89102
Office Phone No.: (702) 530-3910
Direct Phone No.: (702) 437-6747
Email:   Benjamin.Signoretti@usaa.com
Direct Fax No.: (844) 379-7126

PRIVILEGED COMMUNICATION: This email and any attachments are confidential and subject to the Attorney-Client Privilege and, as a document prepared in the course of or in anticipation of litigation, is also subject to protection as Attorney Work Product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

*If you are sending any time sensitive document, including but not limited to, policy/time limit demands and discovery, please email an additional copy to the following email recipient to ensure delivery* Kelly.Smith2@usaa.com.

**We would prefer receiving communications electronically.   If you are sending attachments, please send them in .pdf format as we are not able to access dropbox locations or links. Thank you for your anticipated courtesy and cooperation.**

---

**From:** Signoretti, Benjamin
**Sent:** Tuesday, October 8, 2024 2:22 PM
**To:** Tyler Dufrene <Tyler@awhlawyers.com>; Matthew Hoffmann <mhoffmann@awhlawyers.com>
**Cc:** Smith, Kelly <Kelly.Smith2@usaa.com>
**Subject:** RE: Geogeos v. Schwartz- Settlement Check

Hi Tyler,

Please have the runner come between 9 a.m. and 12 p.m. tomorrow.  We work remotely but I will be in the office in the morning.

Attached is the proposed Stipulation and Order to Dismiss with Prejudice.

Thank you,

**Ben Signoretti | Legal Assistant II | Las Vegas Staff Counsel**
Litigation Group, Chief Legal Office, USAA
Law Offices Of Christine G. Moore
2300 West Sahara Avenue – Suite 800
Las Vegas, NV 89102
Office Phone No.: (702) 530-3910
Direct Phone No.: (702) 437-6747